UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERJIUAN TYUS, | : | CIVIL NO. 3:19-CV-0073(VAB) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| SCOTT SEMPLE, *et al.,* | : | JANUARY 21, 2021 |
| *Defendants.* | | |

**SUPPLEMENTAL STATUS REPORT**

Since the last Status Conference in this case, *see* (Docs. 48; 49; 40), undersigned has been working to put plaintiff in contact with the plaintiffs' counsel in the *Vega/Cruz* litigation.  *See Vega v. Semple*, 3:17-CV-0107(JBA)(WIG)(HBF); *Cruz v. Semple*, 3:17-CV-0348(JBA).  This includes reaching out to Attorney Welch-Rubin on October 30, 2020, and following up and providing her with copies of the complaint and initial review order from this case on November 9, 2020.[1]  Further, there have been several recent developments in the *Vega/Cruz* action.  First, the matter has be referred for settlement discussions to Judge Garnfikel and will be reassigned to another Magistrate Judge for further proceedings in the coming weeks.  Next in the fall of 2020, undersigned learned that plaintiffs in the *Vega/Cruz* litigation planned to bring on additional counsel, including new lead counsel from out of state, and also plan to to attempt amend their complaint.

---

[1] While undersigned did reach out and make the efforts detailed herein, undersigned admittedly did not file the Status Report referenced in Doc. 49, due to oversight given everything that was occurring in the fall, as detailed below.

**ORAL ARGUMENT NOT REQUESTED**

Undersigned has had several interactions with said counsel in the fall of 2020 and as recently as this week, on January 19, 2021. Undersigned also requested on January 7, 2021 for such counsel to provide contact information to be providde to plaintiff Tyus, so that he could contact them. Undersigned did not receive a response to that inquiry.[2]

However, this week, one of those attorneys (Richard Sullivan) did formally apply for *pro hoc vice* admission to practice in this District and to appear for the plaintiffs in *Vega/Cruz* and was admitted to do so by the Court. Further, it is anticipated that another attorney will soon be doing so as well. For convince of plaintiff and the Court, their contact information is as follows:

- Richard J. Sullivan, *Esq.*
  Sullivan & Sullivan, LLP
  83 Walnut Street
  Wellesley, MA 02481
  Tel. 781 263-9400
  Fax. 781 239-1360
  Email: rsullivan@sullivanllp.com
  (admitted *pro hoc vice* on January 21, 2021)(*Vega* Docs. 105; 103; 104)

---

[2] Undersigned recently learned that the legal team in *Vega/Cruz* has been dealing with serious COVID related illnesses, as detailed in the recent filing in that matter. *See Vega v. Semple*, 3:17-CV-0107(JBA)(WIG)(HBF)(Doc. 101). Further, undersigned counsel himself was also out of work for over half of the month of November, 2020 due to COVID leave, which has admittedly impacted the progress of a variety of cases assigned to him, both in the fall and since returning from leave and trying to catch up near the holidays. Undersigned is now back at work full time and resumed normal working schedule (or better stated, a relatively normal working schedule considering the various COVID workplace restrictions, policies, and practices).

- Teresa Monroe, *Esq.*
  Monroe Law LLP
  90 State Street, Suite 700
  Albany, New York 12207
  Tel. 518 676-0206
  Fax. 518 320-8038
  tmonroe@monroelawllp.com
  (motion seeking *pro hoc vice* admission in *Vega/Cruz* anticipated)

Further, it appears Attorney Welch-Rubin and Attorney Minnella will also remain on the *Vega/Cruz* plaintiffs' legal team as well.  For completeness, there contact information is as follows:

- Lori A. Welch-Rubin, *Esq.*
  Lori A. Welch, LLC
  5200 East Donald Avenue
  Ste. Unit A
  Denver, CO 80222
  Tel. 203 314-8708
  Fax. 203 865-5444
  Email:  lwelchrubin@gmail.com

- Martin Joseph Minnella, *Esq.*
  Minnella, Tramuta & Edwards
  40 Middlebury Road
  Middlebury, CT 06762
  Tel. 203 573-1411
  Fax. 203 757-9313
  Email:  pcrean@mtelawfirm.com
        johannaS@mtelawfirm.com

It appears that the COVID difficulties experienced by undersigned counsel and experienced by the *Vega/Cruz* legal team have slowed the progress of determining whether this matter should continue on its own or whether plaintiff Tyus will join as a class member in *Vega/Cruz*.  Undersigned apologizes for any

such delay and is confident that this can be resolved quickly now that the new counsel in *Vega/Cruz* has been admitted.

Finally, plaintiff previously served discovery in this action, which this court stayed. Plaintiff then served additional discovery in December 2020. The defendants have not yet to responded to the discovery in this case, and instead understand that discovery, pleading requirements, motion practice deadlines (including for motions for summary judgment, which the defendants intend to file), and other scheduling matters to be stayed (and also request that this all continue to be stayed), as all such matters will become moot if plaintiff proceeds with the class and their numerous counsel in that case. In the event that that does not happen, the defense would respectfully request a reasonable time to respond to discovery in this case and to conduct their own, before filing motions for summary judgment. In that case, the defense will confer with plaintiff himself and submit a proposed scheduling plan for the Court's review to enable efficient litigation of this case to judgment.

Undersigned will be happy to address any and all additional questions or concerns at the January 26, 2021 status conference.[3]

---

[3] There is also a status conference scheduled in *Vega/Cruz* for January 26, 2021 at 4:00pm. Should any developments there impact or inform those in this case, undersigned will report same to the Court and plaintiff will a supplemental notice or status report.

*Respectfully submitted,*

DEFENDANTS

WILLIAM TONG
ATTORNEY GENERAL


BY: __/s/ *Stephen R. Finucane*_____
    Stephen R. Finucane
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct30030
    E-Mail:  stephen.finucane@ct.gov
    Tel: (860) 808-5450
    Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that on January 21, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy was also mailed to the following:

    Gerjuan Tyus
    Inmate #300985
    Cheshire Correctional Institution
    900 Highland Avenue
    Cheshire, CT 06410

    __/s/ *Stephen R. Finucane*_____
    Stephen R. Finucane
    Assistant Attorney General